IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BUSINESS CAPITAL LLC<br><br>　　　　　Defendant. | Case No. 2:25-cv-06344 |

**DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), Business Capital LLC ("Defendant") moves the court for an extension of twenty-one days—through and including February 27, 2026—to respond to Plaintiff Leon Weingrad's Complaint. ECF No. 1. In support, Defendant states as follows:

1. Plaintiff filed the Class Action Complaint on November 8, 2025. ECF No. 1.

2. Defendant's current response deadline is February 6, 2026. A waiver of Service was filed January 12, 2026. ECF No. 5.

3. Defendant has been diligently investigating the claims but requires more time to respond.

4. The parties have had informal discussions that weighs in favor of delaying Defendant's deadline to respond, which response may prove unnecessary.

5. This is Defendant's first request to extend its deadline to respond to the Class Action Complaint.

6. The Court has not yet entered a scheduling order. The extension will therefore have no impact on the case schedule.

7. Defendant has conferred with Plaintiff's counsel, who has advised that Plaintiff does not oppose the extension. Accordingly, the extension will not prejudice Plaintiff.

8. This request is made in good faith and not for purposes of delay. *See, e.g.*, *Petrucelli v. Bohringer & Ratzinger*, 46 F.3d 1298 (3d Cir. 1995) (explaining that extensions should be granted when good cause is shown).

WHEREFORE, Defendant respectfully requests that the Court grant this motion and allow them until Friday, **February 27, 2026**, to answer, move, or otherwise respond to the Complaint.

DATED:  February 6, 2026

                Respectfully submitted,

                */s/ Matthew A. Lipman*
                **McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
                Matthew A. Lipman, Esquire
                mlipman@mdmc-law.com
                1617 JFK Boulevard, Suite 1500
                Philadelphia, PA 19103
                Telephone: 215-557-2900
                Fax: (215) 557-2990

**CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2026, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

    */s/ Matthew A. Lipman*
    Matthew A. Lipman
    *Counsel for Defendant*