IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>BUSINESS CAPITAL LLC<br><br>    Defendant. | Case No. 2:25-cv-06344 |

## ORDER

**AND NOW**, this \_\_\_\_ day of _____, 2026, upon consideration of Defendant Business Capital LLC's Uncontested Motion for an Extension of Time to Respond to the Complaint, it is hereby **ORDERED** that the Motion is **GRANTED**. Defendant shall have until **February 27, 2026**, to respond to the Complaint.

BY THE COURT:

_____
Hon. Joel H. Slomsky, U.S.D.J