IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>BUSINESS CAPITAL LLC,<br><br>        Defendant. | CIVIL ACTION<br>NO. 25-6344 |

## ORDER

**AND NOW**, this 9th day of February 2026, upon consideration of Defendant's Unopposed Motion to Extend Time to Respond to Plaintiffs' Class Action Complaint (Doc. No. 6), it is **ORDERD** that the Motion (Doc. No. 6) is **GRANTED**. Defendant shall respond to Plaintiffs' Class Action Complaint (Doc. No. 1) by **February 27, 2026**.

                                            BY THE COURT:

                                            /s/ Joel H. Slomsky
                                          JOEL H. SLOMSKY, J.