IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>BUSINESS CAPITAL LLC<br><br>        Defendant. | Case No. 2:25-cv-06344-JHS |

**DEFENDANT'S SECOND UNOPPOSED MOTION TO EXTEND TIME
TO RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), Business Capital LLC ("Defendant") moves the court for an extension of time through March 18, 2026 to respond to Plaintiff Leon Weingrad's Complaint. ECF No. 1. In support, Defendant states as follows:

1. Plaintiff filed the Class Action Complaint on November 8, 2025. ECF No. 1.

2. Defendant's current response deadline is February 27, 2026. ECF No. 7.

3. The parties continue to have settlement discussions that weigh in favor of delaying Defendant's deadline to respond, which response may prove unnecessary.

4. The Court has not yet entered a scheduling order. The extension will therefore have no impact on the case schedule.

5. Defendant has conferred with Plaintiff's counsel, who has advised that Plaintiff does not oppose the extension. Accordingly, the extension will not prejudice Plaintiff.

6. This request is made in good faith and not for purposes of delay. *See, e.g.*, *Petrucelli v. Bohringer & Ratzinger*, 46 F.3d 1298 (3d Cir. 1995) (explaining that extensions should be granted when good cause is shown).

WHEREFORE, Defendant respectfully requests that the Court grant this motion and extend the deadline through **March 18, 2026**, to answer, move, or otherwise respond to the Complaint.

DATED:  February 26, 2026

    Respectfully submitted,

    */s/ Matthew A. Lipman*
    **McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
    Matthew A. Lipman, Esquire
    mlipman@mdmc-law.com
    1617 JFK Boulevard, Suite 1500
    Philadelphia, PA 19103
    Telephone: 215-557-2900
    Fax: (215) 557-2990

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2026, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

>*/s/ Matthew A. Lipman*
>Matthew A. Lipman
>*Counsel for Defendant*