### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BUSINESS CAPITAL LLC<br><br>　　　　Defendant. | Case No. 2:25-cv-06344-JHS |

### ORDER

**AND NOW**, this 9th day of March, 2026, upon consideration of Defendant Business Capital LLC's Second Uncontested Motion for an Extension of Time to Respond to the Complaint (Doc. No. 8), it is **ORDERED** that the Motion (Doc. No. 8) is **GRANTED**. Defendant shall respond to the Complaint by **March 18, 2026**.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　/s/ Joel H. Slomsky
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. Joel H. Slomsky, U.S.D.J.