**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated,

        Plaintiff,

v.

BUSINESS CAPITAL LLC

        Defendant.

Case No. 2:25-cv-06344-JHS

**DEFENDANT'S THIRD UNOPPOSED MOTION TO EXTEND TIME
TO RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), Business Capital LLC ("Defendant") moves the court for an extension of time through April 1, 2026 to respond to Plaintiff Leon Weingrad's Complaint. ECF No. 1. In support, Defendant states as follows:

1.      Plaintiff filed the Class Action Complaint on November 8, 2025. ECF No. 1.

2.      Defendant's current response deadline is March 18, 2026. ECF No. 9.

3.      The parties continue to have significant settlement discussions that weigh in favor of delaying Defendant's deadline to respond, which response may prove unnecessary if the parties are able to reach an amicable resolution as they continue to work through the claims and potential defenses.

4.      The Court has not yet entered a scheduling order. The extension will therefore have no impact on the case schedule.

5.      Defendant has conferred with Plaintiff's counsel, who has advised that Plaintiff does not oppose the extension. Accordingly, the extension will not prejudice Plaintiff.

6.      This request is made in good faith and not for purposes of delay. *See, e.g.*, *Petrucelli v. Bohringer & Ratzinger*, 46 F.3d 1298 (3d Cir. 1995) (explaining that extensions should be granted when good cause is shown).

WHEREFORE, Defendant respectfully requests that the Court grant this motion and extend the deadline through **April 1, 2026**, to answer, move, or otherwise respond to the Complaint.

DATED:  March 18, 2026

Respectfully submitted,

*/s/ Matthew A. Lipman*
**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
Matthew A. Lipman, Esquire
mlipman@mdmc-law.com
1617 JFK Boulevard, Suite 1500
Philadelphia, PA 19103
Telephone: 215-557-2900
Fax: (215) 557-2990

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 18, 2026, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Matthew A. Lipman*
Matthew A. Lipman
*Counsel for Defendant*
