**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

LEON WEINGRAD, individually and on
behalf of a class of all persons and entities
similarly situated,

      Plaintiff,

v.

BUSINESS CAPITAL LLC

      Defendant.

Case No. 2:25-cv-06344-JHS

## ORDER

**AND NOW**, this 18th day of March, 2026, upon consideration of Defendant Business Capital LLC's Third Uncontested Motion for an Extension of Time to Respond to the Complaint (Doc. No. 10), it is **ORDERED** that the Motion (Doc. No. 10) is **GRANTED**. Defendant shall have until **April 1, 2026**, to respond to the Complaint.

**BY THE COURT:**

/s/ Joel H. Slomsky

—————————————————————

Hon. Joel H. Slomsky, U.S.D.J.