IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Case Number  2:25-cv-06344

**MOTION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT
PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I, MOVANT'S STATEMENT

I, _____ E. Keith Emanuel _____ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) to represent __Defendant Business Capital LLC__ . My sponsoring attorney will submit the $75.00 payment using their PACER account at the time of filing this motion.

A. I state that I am currently admitted to practice in the following state jurisdiction(s):

| See Attachment A. | | |
|---|---|---|
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdiction(s):

| See Attachment A. | | |
|---|---|---|
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bar(s) in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am seeking to enter my appearance for __Defendant Business Capital LLC__

Name of Attorney: __E. Keith Emanuel__

Firm Address: __Watstein Terepka LLP, 75 14th Street NE, Suite 2600, Atlanta, GA 30309__

Telephone Number: __(404) 905-2416__

Email Address: __kemanuel@wtlaw.com__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __03/25/2026__
(Date)

__/s/ E. Keith Emanuel__
(Movant's signature)

## ATTACHMENT A

E. Keith Emanuel – Bar Admissions

| State | Date Admitted | Good Standing |
|---|---|---|
| Georgia (Bar No. 938760) | 11/07/2016 | Yes |

Georgia State Bar
104 Marietta Street NW Suite 100
Atlanta, Georgia 30303
(404) 527-8700/(800) 334-6865

E. Keith Emanuel – Court Admissions

| Court | Date Admitted | Good Standing |
|---|---|---|
| U.S. Court of Appeals, 11th Circuit | 01/22/2019 | Yes |
| U.S.D.C., Northern District of Georgia | 01/2017 | Yes |
| U.S.D.C., Southern District of Georgia | 12/2018 | Yes |
| U.S.D.C., Northern District of Illinois | 03/27/2024 | Yes |
| U.S.D.C., Southern District of Texas | 08/21/2025 | Yes |
| Georgia State and Superior Courts | 11/07/2016 | Yes |
| Georgia Supreme Court | 01/2017 | Yes |
| Georgia Court of Appeals | 01/2017 | Yes |

II., SPONSOR'S STATEMENT, MOTION, AND CERTIFICATE OF SERVICE

     The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of _____ E. Keith Emanuel _____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal court(s) and that the applicant's private and personal character is good.

| Matthew A. Lipman | | 4/18/2001 | 86892 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission Date) | Attorney ID Number |

SPONSOR'S OFFICE ADDRESS, EMAIL ADDRESS, AND TELEPHONE NUMBER

McElroy, Deutsch, Mulvaney & Carpenter, LLP

1617 JFK Boulevard, Suite 1500, Philadelphia, PA 19103

mlipman@mdmc-law.com, (215) 557-2900

*I declare under penalty of perjury that the foregoing is true and correct.*

*Executed on* ___3/27/26___
        *(Date)*                                          *(Sponsor's signature)*

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Case Number: __2:25-cv-06344__

LEON WEINGRAD

v.

BUSINESS CAPITAL LLC

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the motion of _____E. Keith Emanuel_____ ,

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed

order, which, if granted, would permit such practice in this court was served on as follows:

Anthony Roman Perrong
Perrong Law LLC
2657 Mt. Carmel Ave
Glenside, PA 19038

_____
(Signature of Attorney)

Matthew A. Lipman
(Name of Attorney)

E. Keith Emanuel
(Name of Moving Party)

3/27/26
(Date)