IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

LEON WEINGRAD         :    Case Number: __2:25-cv-06344__

            : 

      v.             : 

            : 

BUSINESS CAPITAL LLC     : 

## ORDER

AND NOW, this _____ day of _____ 2026, it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure

83.5.2(b) is

[ ]    GRANTED.  The Clerk is DIRECTED to add ____E. Keith Emanuel____, Esquire as counsel for

___Defendant Business Capital LLC___. ___E. Keith Emanuel___ is DIRECTED to request ECF filing access

using their PACER Account[1].

[ ]    DENIED.

_____

Hon. Joel H. Slomsky
United States District Judge

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).