IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LEON WEINGRAD,

          Plaintiff,

  v.

BUSINESS CAPITAL LLC,

          Defendant.

CIVIL ACTION
NO. 25-6344

## <u>ORDER</u>

**AND NOW,** this 30th day of March 2026, upon consideration of the Motion of E. Keith Emanuel, Esquire, to practice in this Court pursuant to Local Rule of Civil Procedure 83.5.2(b) (Doc. No. 12), it is **ORDERED** that the Motion (Doc. No. 12) is **GRANTED**.

BY THE COURT:

/s/ Joel H. Slomsky

JOEL H. SLOMSKY, J.