**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

LEON WEINGRAD, individually and on
behalf of a class of all persons and entities
similarly situated,

      Plaintiff,

v.

BUSINESS CAPITAL LLC

      Defendant.

Case No. 2:25-cv-06344

**DEFENDANT BUSINESS CAPITAL LLC'S
MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendant, Business Capital LLC, by and through its undersigned counsel, files this motion

to dismiss Plaintiff's Complaint. Defendant relies on the attached memorandum of law in support

of its motion.

DATED:  April 1, 2026

                    Respectfully submitted,

                    *E. Keith Emanuel*
                    Ryan D. Watstein (*pro hac vice* forthcoming)
                    E. Keith Emanuel (*pro hac vice*)
                    Matthew B. Peters (*pro hac vice* forthcoming)
                    WATSTEIN TEREPKA LLP
                    75 14th Street NE, Suite 2600
                    Atlanta, Georgia 30309
                    Telephone: (404) 882-2394
                    ryan@wtlaw.com
                    kemanuel@wtlaw.com
                    mpeters@wtlaw.com

*[Continued on Following Page]*

1

2

**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
Matthew A. Lipman, Esquire
mlipman@mdmc-law.com
1617 JFK Boulevard, Suite 1500
Philadelphia, PA 19103
Telephone: 215-557-2900
Fax: (215) 557-2990

*Counsel for Defendant*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 1, 2026, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ E. Keith Emanuel*
E. Keith Emanuel

*Counsel for Defendant*
