**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>BUSINESS CAPITAL LLC<br><br>        Defendant. | Case No. 2:25-cv-06344 |

**[PROPOSED] ORDER**

AND NOW, this _____ day of _____ 2026, upon consideration of Defendant Business Capital LLC's Motion to Dismiss Plaintiff's Complaint and the Memorandum of Law in Support, any response or opposition thereto, and any reply in further support thereof; it is

HEREBY ORDERED THAT:

1. Defendant's Motion is GRANTED;

2. Plaintiff's claims against Defendant are DISMISSED WITH PREJUDICE;

3. The Clerk of Court is directed to close this action.

BY THE COURT:

_____
Hon. Joel H. Slomsky