**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LEON WEINGRAD, individually and on behalf of all others similarly situated, | : | Case No.: 2:25-cv-06344 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| BUSINESS CAPITAL LLC | : | |
| | : | |
| Defendant. | : | |
| | : | |

**[PROPOSED ORDER DENYING]**

**Defendant's Motion To Dismiss**

AND NOW, this _____ day of _____, 2026, it is hereby ORDERED that the

Defendant's Motion to Dismiss is hereby DENIED.

*BY THE COURT:*

_____

Hon. Joel H. Slomsky, J.