## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LEON WEINGRAD, individually and on
behalf of a class of all persons and entities
similarly situated,

        Plaintiff,

v.

BUSINESS CAPITAL LLC

        Defendant.

Case No. 2:25-cv-06344

### DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME TO FILE REPLY IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Civil Rule 7.1, Business Capital LLC ("Defendant") moves the court for an extension of sixteen days—through and including April 29, 2026—to file its reply in support of Defendant's Motion to Dismiss Plaintiff's Complaint ("Motion"). ECF No. 14. In support, Defendant states as follows:

1.      Defendant filed the Motion on April 1, 2026. ECF No. 14.

2.      Plaintiff's opposition to the Motion was not due until April 15, 2016. Plaintiff filed its opposition much earlier, on April 6, 2026. ECF No. 15.

3.      Per Judge Slomsky's Standing Order, Defendant's reply to the Motion is now due on April 13, 2026.

4.      While the Motion was only 11 pages, the opposition brief was 38 pages and cited a large volume of authority. As this is an emerging issue with a growing body of law, it requires significant time to research and adequately respond. Additionally, counsel for Defendant has numerous other significant deadlines and obligations during this period (such as an appellate brief, trial brief, and arbitration brief, to name a few), as well as time out of office for personal travel.

5. The Court has not set a schedule, so no deadlines are affected by the requested relief.

6. Defendant has conferred with Plaintiff's counsel, who advised that Plaintiff does not oppose the extension. Accordingly, the extension will not prejudice Plaintiff.

7. This request is made in good faith and not for purposes of delay. *See, e.g.*, *Petrucelli v. Bohringer & Ratzinger*, 46 F.3d 1298 (3d Cir. 1995) (explaining that extensions should be granted when good cause is shown).

8. This request comes before Defendant's deadline to reply to the Motion.

WHEREFORE, Defendant respectfully requests that the Court grant this motion and allow it until **April 29, 2026**, to file its reply in support of Defendant's Motion to Dismiss Plaintiff's Complaint.

DATED:  April 8, 2026

Respectfully submitted,

_____

**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
Matthew A. Lipman, Esquire
mlipman@mdmc-law.com
1617 JFK Boulevard, Suite 1500
Philadelphia, PA 19103
Telephone: 215-557-2900
Fax: (215) 557-2990

*/s/ E. Keith Emanuel*
E. Keith Emanuel (*pro hac vice*)
WATSTEIN TEREPKA LLP
75 14th Street NE, Suite 2600
Atlanta, Georgia 30309
Telephone: (404) 882-2394
kemanuel@wtlaw.com

*Counsel for Defendant*

## LOCAL RULE 7.1(b) CONFERENCE

Pursuant to Local Rule 7.1(b), counsel for Defendant certifies that Defendant conferred with Plaintiff's counsel via email on April 8, 2026 regarding this motion. Plaintiff's counsel advised that Plaintiff does not oppose the requested relief.

*/s/ E. Keith Emanuel*
E. Keith Emanuel (*pro hac vice*)

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2026, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ E. Keith Emanuel*
E. Keith Emanuel (*pro hac vice*)