**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

LEON WEINGRAD, individually and on
behalf of a class of all persons and entities
similarly situated,

       Plaintiff,

v.

BUSINESS CAPITAL LLC

       Defendant.

Case No. 2:25-cv-06344

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION
TO EXTEND TIME TO FILE REPLY IN SUPPORT OF DEFENDANT'S MOTION
TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT**

This matter came before the Court, the Honorable Joel H. Slomsky, United States District Court Judge, presiding, upon Defendant's Unopposed Motion to Extend Time to File Reply in Support of Defendant's Motion to Dismiss Plaintiff's Complaint ("Motion").

Having reviewed the Motion and finding good cause, the Court GRANTS the motion.

IT IS HEREBY ORDERED that Defendant will have until **April 29, 2026,** to file its reply in support of Defendant's Motion to Dismiss Plaintiff's Complaint.

**SO ORDERED.**

Dated: _____, 2026

_____
Hon. Joel H. Slomsky
United States District Judge