**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

LEON WEINGRAD, individually and on
behalf of a class of all persons and entities
similarly situated,

        Plaintiff,

v.

BUSINESS CAPITAL LLC

        Defendant.

Case No. 2:25-cv-06344

**DEFENDANT BUSINESS CAPITAL LLC'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Business Capital LLC states

that it has no parent corporation and that no publicly held corporation owns 10% or more of its

stock.

DATED:  April 8, 2026

                Respectfully submitted,

_____
**McELROY, DEUTSCH, MULVANEY &
CARPENTER, LLP**
Matthew A. Lipman, Esquire
mlipman@mdmc-law.com
1617 JFK Boulevard, Suite 1500
Philadelphia, PA 19103
Telephone: 215-557-2900
Fax: (215) 557-2990

*[Signatures Continue on Following Page]*

1

/s/ E. Keith Emanuel
Ryan D. Watstein (*pro hac vice* forthcoming)
E. Keith Emanuel (*pro hac vice*)
WATSTEIN TEREPKA LLP
75 14th Street NE, Suite 2600
Atlanta, Georgia 30309
Telephone: (404) 882-2394
ryan@wtlaw.com
kemanuel@wtlaw.com

*Counsel for Defendant*

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 8, 2026, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ E. Keith Emanuel*
E. Keith Emanuel

*Counsel for Defendant*
