**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

LEON WEINGRAD, individually and on
behalf of a class of all persons and entities
similarly situated,

       Plaintiff,

v.

BUSINESS CAPITAL LLC

       Defendant.

Case No. 2:25-cv-06344

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION
TO EXTEND TIME TO FILE REPLY IN SUPPORT OF DEFENDANT'S MOTION
TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT**

**AND NOW**, this 10th day of April 2026 upon consideration of Defendant's Unopposed Motion to Extend Time to File Reply in Support of Defendant's Motion to Dismiss Plaintiff's Complaint (Doc. No. 16), it is **ORDERED** that the Motion (Doc. No. 16) is **GRANTED**.

IT IS ORDERED that Defendant will have until **April 29, 2026,** to file its reply in support of Defendant's Motion to Dismiss Plaintiff's Complaint.

**SO ORDERED.**

Dated: ___April 10, 2026___, 2026

/s/ Joel H. Slomsky
_____
Hon. Joel H. Slomsky
United States District Judge