**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated,<br><br>         Plaintiff,<br><br>v.<br><br>BUSINESS CAPITAL LLC<br><br>         Defendant. | Case No. 2:25-cv-06344 |

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT
FOR THE REPLY IN SUPPORT OF ITS MOTION TO DISMISS**

Defendant Business Capital LLC, pursuant to Federal Rule of Civil Procedure 7, respectfully moves this Court for leave to exceed the applicable page limitation for its Reply in Support of its Motion to Dismiss [ECF No. 14]. In support of this Motion, Defendant states as follows:

1.      Defendant filed the Motion on April 1, 2026, supported by an 11-page memorandum addressing the scope of 47 U.S.C. § 227(c)(5). ECF No. 14.

2.      Plaintiff's response, filed on April 6, 2026, is 38 pages. ECF No. 15.

3.      Defendant seeks leave to file a reply brief not to exceed 15 pages, which exceeds the ten-page limit set forth in Judge Slomsky's Policies and Procedures.

4.      Defendant has made every effort to limit its reply to comply with the Court's Policy. However, Plaintiff's opposition brief raises numerous, distinct arguments concerning statutory text, statutory structure, agency authority, and interpretive canons. Defendant must respond to these issues to assist the Court in resolving the motion.

5.      The requested additional pages are necessary to respond to those arguments in an organized and efficient manner and to ensure that Defendant's reply is complete, accurate, and helpful to the Court's resolution of the statutory interpretation question presented.

6.      Defendant conferred with Plaintiff's counsel regarding this request, and Plaintiff has indicated that Plaintiff does not oppose the relief requested.

7.      This request is made in good faith and not for purposes of delay.

For these reasons, Defendant asks the Court grant leave for Defendant to file a reply brief not to exceed 15 pages in support of its motion to dismiss.

DATED:  April 29, 2026

Respectfully submitted,

*E. Keith Emanuel*
E. Keith Emanuel (*pro hac vice*)
Ryan D. Watstein (*pro hac vice* forthcoming)
WATSTEIN TEREPKA LLP
75 14th Street NE, Suite 2600
Atlanta, Georgia 30309
Telephone: (404) 882-2394
ryan@wtlaw.com
kemanuel@wtlaw.com
mpeters@wtlaw.com

**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
Matthew A. Lipman, Esquire
mlipman@mdmc-law.com
1617 JFK Boulevard, Suite 1500
Philadelphia, PA 19103
Telephone: 215-557-2900
Fax: (215) 557-2990

*Counsel for Defendant*

**LOCAL RULE 7.1(b) CONFERENCE**

Pursuant to Local Rule 7.1(b), counsel for Defendant certifies that Defendant conferred with Plaintiff's counsel via email on April 29, 2026 regarding this motion. Plaintiff's counsel advised that Plaintiff does not oppose the requested relief.

*/s/ E. Keith Emanuel*
Ryan D. Watstein

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2026, I caused to be electronically filed a true and correct copy of the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ E. Keith Emanuel*
Ryan D. Watstein