**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of a class of all persons and entities similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>BUSINESS CAPITAL LLC<br><br>      Defendant. | Case No. 2:25-cv-06344 |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION
FOR LEAVE TO EXCEED THE PAGE LIMIT FOR ITS
<u>REPLY IN SUPPORT OF ITS MOTION TO DISMISS</u>**

This matter came before the Court, the Honorable Joel H. Slomsky, United States District Court Judge, presiding, upon Defendant's Unopposed Motion for Leave to Exceed the Page Limit for Its Reply in Support of Its Motion to Dismiss ("Motion").

Having reviewed the Motion and finding good cause, the Court GRANTS the motion.

IT IS HEREBY ORDERED that Defendant may file a reply brief not to exceed 15 pages in support of its motion to dismiss.

**SO ORDERED.**

Dated: _____, 2026

 

_____
Hon. Joel H. Slomsky
United States District Judge