## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LEON WEINGRAD, individually and on
behalf of a class of all persons and entities
similarly situated,

      Plaintiff,

v.

BUSINESS CAPITAL LLC

      Defendant.

Case No. 2:25-cv-06344

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION
### FOR LEAVE TO EXCEED THE PAGE LIMIT FOR ITS
### REPLY IN SUPPORT OF ITS MOTION TO DISMISS

**AND NOW**, this 12th day of May 2026, upon consideration of Defendant's Unopposed

Motion for Leave to Exceed the Page Limit for Its Reply in Support of Its Motion to Dismiss

(Doc. No. 19),  it is **ORDERED** that the Motion (Doc. No. 19) is **GRANTED**.  Defendant may

file a Reply not to exceed 15 pages in support of its Motion to Dismiss (Doc. No. 14).

**SO ORDERED.**

Dated: May 12, 2026

/s/ Joel H. Slomsky

_____
Hon. Joel H. Slomsky
United States District Judge