IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LEON WEINGRAD, individually and on behalf of
a class of all persons and entities similarly
situated,

              Plaintiffs,

    v.

BUSINESS CAPITAL LLC,

              Defendant.

CIVIL ACTION
NO. 25-6344

## ORDER

**AND NOW**, this 12th day of May 2026, upon consideration of Defendant's Motion to Dismiss (Doc. No. 14), Plaintiffs' Response in Opposition (Doc. No. 15), and Defendant's Reply (Doc. No. 20), it is **ORDERED** that a hearing on Defendant's Motion to Dismiss (Doc. No. 14) will be held on **June 15, 2026 at 10:30 a.m.** in Courtroom 13A, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

BY THE COURT:

/s/ Joel H. Slomsky
_____

JOEL H. SLOMSKY, J.