IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Case Number  2:25-cv-06344

## MOTION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I, MOVANT'S STATEMENT

I, _____ Leo P. O'Toole _____ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) to represent __ Defendant Business Capital LLC __ . My sponsoring attorney will submit the $75.00 payment using their PACER account at the time of filing this motion.

A. I state that I am currently admitted to practice in the following state jurisdiction(s):

| See Attachment A. | | |
|---|---|---|
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
| (State where admitted) | (Admission Date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdiction(s):

| See Attachment A. | | |
|---|---|---|
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bar(s) in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am seeking to enter my appearance for  Defendant Business Capital LLC

Name of Attorney:  Leo P. O'Toole

Firm Address:  Watstein Terepka LLP, 75 14th Street NE, Suite 2600, Atlanta, GA 30309

Telephone Number:  (404) 779-5190

Email Address:  lotoole@wtlaw.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/03/2026
(Date)

/s/ Leo P. O'Toole
(Movant's signature)

## ATTACHMENT A

Leo Patrick O'Toole – Bar Admissions

| State | Date Admitted | Good Standing |
|---|---|---|
| New York (Bar No. 5571369) | 02/14/2018 | Yes |
| Georgia (Bar No. 140158) | 10/02/2024 | Yes |

New York State Unified Court System
Office of Court Administration
Attorney Registration Unit
25 Beaver Street - Room 840
New York, NY 10004
212-428-2800

Georgia State Bar
104 Marietta Street NW, Suite 100
Atlanta, Georgia 30303
Telephone:  (404) 527-8700/(800) 334-6865

Leo Patrick O'Toole – Court Admissions

| Court | Date Admitted | Good Standing |
|---|---|---|
| U.S.D.C., Southern District of New York | 04/28/2018 | Yes |
| U.S.D.C., Eastern District of New York | 04/28/2018 | Yes |
| U.S.D.C., Northern District of New York | 11/21/2024 | Yes |
| U.S.D.C., Northern District of Georgia | 01/16/2026 | Yes |
| Georgia Supreme Court | 01/15/2026 | Yes |

Yale Law School
Emory College

II., SPONSOR'S STATEMENT, MOTION, AND CERTIFICATE OF SERVICE

    The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of _____Leo P. O'Toole_____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal court(s) and that the applicant's private and personal character is good.

| | | | |
|---|---|---|---|
| _Matthew A. Lipman_ | _____ | 4/18/2001 | 86892 |
| (Sponsor's Name) | (Sponsor's Signature) | (Admission Date) | Attorney ID Number |

SPONSOR'S OFFICE ADDRESS, EMAIL ADDRESS, AND TELEPHONE NUMBER

McElroy, Deutsch, Mulvaney & Carpenter, LLP

1617 JFK Boulevard, Suite 1500, Philadelphia, PA 19103

mlipman@mdmc-law.com, (215) 557-2900

*I declare under penalty of perjury that the foregoing is true and correct.*

*Executed on*  06/03/2026

       *(Date)*                                              *(Sponsor's signature)*

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

LEON WEINGRAD                          :         Case Number:  __2:25-cv-06344___
                                       :
                                       :
                                       :
        v.                             :
                                       :
BUSINESS CAPITAL LLC                   :
                                       :

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the motion of _____Leo P. O'Toole_____,

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed order, which, if granted, would permit such practice in this court was served on as follows:

VIA ECF:

Andrew Roman Perrong
**Perrong Law LLC**
2657 Mt. Carmel Ave
Glenside, PA 19038
215-225-5529
Fax: 888-329-0305
Email: a@perronglaw.com

_____
(Signature of Attorney)

___Matthew A. Lipman_____
(Name of Attorney)

___Business Capital LLC_____
(Name of Moving Party)

___June 3, 2026_____
(Date)