IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

LEON WEINGRAD

    v.

BUSINESS CAPITAL LLC

:
:
:
:
:
:
:
:
:

Case Number: __2:25-cv-06344__

ORDER

AND NOW, this _____ day of _____ 20___ , it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED. The Clerk is DIRECTED to add _____Leo P. O'Toole_____, Esquire as counsel for ___Defendant Business Capital LLC____. __Leo P. O'Toole__ is DIRECTED to request ECF filing access using their PACER Account[1]

☐ DENIED.

_____
Hon. Joel H. Slomsky
United States District Judge

---

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).