IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LEON WEINGRAD,

        Plaintiff,

v.

BUSINESS CAPTIAL LLC

        Defendant.

CIVIL ACTION
No. 25-6344

## ORDER

**AND NOW**, this 4th day of June 2026, upon consideration of Defendant Business Capital LLC's Motion for Leo P. O'Toole, Esquire, to practice in this Court pursuant to Local Rule of Civil Procedure 83.5.2(b) (Doc. No. 23), it is **ORDERED** that the Motion (Doc. No. 23) is **GRANTED**.

BY THE COURT:

/s/ Joel H. Slomsky

JOEL H. SLOMSKY, J.