# EXHIBIT A

# Weingrad — TCPA Class Action Cases

Total Cases: 36

| Case Name | Case No. | Court | Date filed | Date closed |
| --- | --- | --- | --- | --- |
| Weingrad v. Hammer Contractors LLC | 3:2026-cv-00708 | D. OR | 04/08/2026 | — |
| Weingrad v. My Compass Group Inc. | 2:2026-cv-01518 | E.D. NY | 03/15/2026 | — |
| Weingrad v. Denny's, Inc. | 3:2026-cv-00342 | D. OR | 02/20/2026 | — |
| Weingrad v. Everquote, Inc. | 1:2026-cv-10197 | D. MA | 01/18/2026 | — |
| Weingrad v. Feel the World, Inc. | 3:2026-cv-00001 | D. OR | 01/01/2026 | — |
| Weingrad v. New York Tribeca Group LLC | 2:2025-cv-06450 | E.D. PA | 11/14/2025 | — |
| Weingrad v. Business Capital LLC | 2:2025-cv-06344 | E.D. PA | 11/08/2025 | — |
| Weingrad v. Ticket Takedown LLC | 3:2025-cv-01477 | D. OR | 08/20/2025 | — |
| Weingrad v. Franchise Creator, LLC | 1:2025-cv-22746 | S.D. FL | 06/17/2025 | 07/24/2025 |
| Weingrad v. LifeWave, Inc. | 3:2025-cv-00752 | D. OR | 05/06/2025 | — |
| Weingrad v . Tier One Insurance Company | 4:2025-cv-00124 | M.D. GA | 04/15/2025 | 08/27/2025 |
| Weingad v. Exact Care Pharmacy, LLC | 2:2025-cv-01843 | E.D. PA | 04/10/2025 | 01/15/2026 |
| Weingrad v. Baker Solutions Inc. | 2:2025-cv-01792 | E.D. PA | 04/07/2025 | — |
| Weingrad v. DaBella Exteriors LLC | 3:2025-cv-00396 | D. OR | 03/06/2025 | — |
| Weingrad v. CHW Group, Inc. | 3:2025-cv-00370 | D. OR | 03/03/2025 | 05/06/2025 |
| Weingrad v. Quotewizard.com, LLC | 1:2025-cv-00002 | M.D. PA | 01/01/2025 | 11/26/2025 |
| Weingrad v. BuyerLink Inc. et al. | 3:2024-cv-02114 | D. OR | 12/19/2024 | 03/20/2025 |
| Weingrad v. Posigen Developer, LLC | 2:2024-cv-06503 | E.D. PA | 12/05/2024 | — |
| Weingrad v. Direct Health Solutions Insurance Agency, LLC | 0:2024-cv-62282 | S.D. FL | 12/03/2024 | 01/29/2025 |
| Weingrad v. SmartMatch Insurance Agency, LLC | 1:2024-cv-02067 | M.D. PA | 12/02/2024 | 01/13/2025 |
| Weingrad v. Premium Merchant Funding One, LLC | 2:2024-cv-06247 | E.D. PA | 11/21/2024 | 04/07/2026 |

| Case Name | Case No. | Court | Date filed | Date closed |
|---|---|---|---|---|
| Weingrad v. Top Healthcare Options Insurance Agency Inc. | 0:2024-cv-61930 | S.D. FL | 10/16/2024 | 12/12/2024 |
| Weingrad v. First American Home Warranty Corporation | 2:2024-cv-05488 | E.D. PA | 10/15/2024 | — |
| Weingrad v. Fundmate, LLC et al. | 2:2024-cv-04716 | E.D. PA | 09/06/2024 | — |
| Weingrad v. K9 Bookkeeping, LLC | 1:2024-cv-06256 | E.D. NY | 08/19/2024 | — |
| Weingrad v. Iban Global LLC et al. | 2:2024-cv-04212 | E.D. PA | 08/14/2024 | — |
| Weingrad v. Yelp Inc. | 1:2024-cv-01330 | M.D. PA | 08/07/2024 | 10/09/2024 |
| Weingrad v. Westmount Funding LLC | 2:2024-cv-03705 | E.D. PA | 08/02/2024 | 03/21/2025 |
| Weingrad v. DH & RK Investments LLC | 2:2024-cv-05981 | C.D. CA | 07/16/2024 | 10/17/2024 |
| Weingrad v. Synergy BPO LLC | 4:2024-cv-00610 | N.D. TX | 06/28/2024 | 09/04/2025 |
| Weingrad v. RFR Capital LLC | 2:2024-cv-02636 | E.D. PA | 06/16/2024 | 01/06/2025 |
| Weingrad v. DH & RK Investments LLC | 9:2024-cv-80701 | S.D. FL | 06/03/2024 | 09/06/2024 |
| Weingrad v. Slingshot Enterprises Inv. | 2:2024-cv-03736 | E.D. NY | 05/23/2024 | 03/07/2025 |
| Weingrad v. Block Equity Group LLC | 2:2024-cv-02618 | E.D. NY | 04/08/2024 | 12/18/2024 |
| Weingrad v. National Health Enrolment Centre | 2:2023-cv-05114 | E.D. PA | 12/26/2023 | 09/27/2024 |
| Weingrad v. QuoteLab, LLC | 2:2023-cv-05007 | E.D. PA | 12/18/2023 | 05/08/2024 |