# EXHIBIT B

# Jourey Newell — TCPA Class Action Cases

Total Cases: 25

| Case Name | Docket Number | District | Date Filed | Date Closed |
|---|---|---|---|---|
| Newell v. Inmate Photos, LLC | 2:2026-cv-00114 | D. Nev. | 01/20/2026 | — |
| Newell v. Foley Carrier Services, LLC | 3:2025-cv-02043 | D. Conn. | 12/09/2025 | — |
| NEWELL v. PELLA WINDOWS & DOORS, INC | 2:2025-cv-06074 | E.D. Pa. | 10/24/2025 | — |
| Newell v. Digitire Professionals, LLC | 3:2025-cv-01794 | D. Conn. | 10/23/2025 | — |
| NEWELL v. CHILDRENS DENTAL HEALTH | 2:2025-cv-05238 | E.D. Pa. | 09/11/2025 | — |
| NEWELL v. RXLINK INC. | 2:2025-cv-04270 | E.D Pa | 07/29/2025 | — |
| Newell v. Yoke Global Inc. | 1:2025-cv-03049 | N.D. Ga. | 06/02/2025 | 06/23/2025 |
| Newell v. Hoffenmer Inc. | 1:2025-cv-03961 | N.D. Il. | 04/11/2025 | 08/22/2025 |
| NEWELL v. RISEUP FINANCIAL GROUP, LLC | 2:2025-cv-01402 | E.D. Pa. | 03/17/2025 | 02/03/2026 |
| NEWELL v. JR CAPITAL, LLC | 2:2025-cv-01419 | E.D Pa. | 03/17/2025 | — |
| Newell v. BKV-BPP Retail LLC | 1:2025-cv-00395 | W.D. Tx. | 03/15/2025 | 07/17/2025 |
| NEWELL v. LIFT LENDING, LLC | 2:2025-cv-01210 | E.D. Pa. | 03/06/2025 | 05/04/2025 |
| NEWELL v. LendVia LLC | 2:2025-cv-01018 | E.D. Pa. | 02/26/2025 | 01/08/2026 |
| NEWELL v. HAWTHORNE BUSINESS CAPITAL INC. | 2:2025-cv-00962 | E.D. Pa. | 02/24/2025 | 10/22/2025 |
| NEWELL v. STONE & SAUNDERS, LLC | 2:2023-cv-03048 | E.D. Pa. | 08/08/2023 | 09/27/2023 |
| NEWELL v. ADROIT HEALTH GROUP LLC | 2:2021-cv-05079 | E.D. Pa. | 11/18/2021 | 03/08/2022 |
| NEWELL v. STRATEGIC ADMINISTRATION GROUP | 2:2020-cv-00967 | E.D. Pa. | 02/13/2020 | 01/29/2021 |
| Newell v. North Coast Media, LLC | 1:2020-cv-00245 | N.D Oh. | 02/04/2020 | 03/27/2020 |
| Newell v. HomeAdvisor, Inc. | 1:2019-cv-02392 | D. Co. | 08/22/2019 | 04/28/2020 |
| Newell v. North Coast Media, LLC | 1:2019-cv-01811 | N.D. Oh. | 08/09/2019 | 11/25/2019 |
| Newell v. Oxford Marketing Partners, LLC | 1:2019-cv-04292 | N.D. Il. | 06/26/2019 | 02/03/2020 |

| Case Name | Docket Number | District | Date Filed | Date Closed |
|---|---|---|---|---|
| Newell v. CreditGuard of America, Inc. | 9:2019-cv-80834 | S.D. Fl. | 06/25/2019 | 09/06/2019 |
| Newell v. Ethos Data Management, Inc. | 9:2019-cv-80627 | S.D. Fl. | 05/10/2019 | 07/24/2019 |
| Newell v. Aliera Healthcare, Inc. et al | 1:2019-cv-01489 | N.D. Ga. | 04/02/2019 | 12/09/2020 |
| Newell et al v. Gohealth LLC | 1:2019-cv-01983 | N.D. Il. | 03/22/2019 | 12/02/2019 |