**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LEON WEINGRAD, individually and on behalf of all others similarly situated, | : | Case No.: 2:25-cv-06344 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| BUSINESS CAPITAL LLC | : | |
| | : | |
| Defendant. | : | |
| | : | |
| _____ / | | |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff respectfully files this Notice of Supplemental Authority in Opposition to Defendant's Motion to Dismiss. Yesterday, Judge Savage issued his opinion in *Pero v. Brown-Daub Chevrolet of Nazareth*, No. 25-7016, 2026 WL 1747214 (E.D. Pa. June 17, 2026). A copy of the opinion is enclosed herein as Exhibit A.

The published opinion is notable in that it expressly addresses the dictionary definitions and interplay between the terms "telephone," "call," and "message" discussed at oral argument, citing the 1989 Oxford English Dictionary. *Id.* at *2. Judge Savage also gave appropriate respect to the FCC's interpretation that the "DNCR's protections extend to text messages" and that this regulation is both "consistent with court opinions and would 'both deter illegal texts and make DNC enforcement easier.'" *Id.* at *3.

In light of the foregoing authority, the Defendant's Motion to Dismiss should therefore be denied.

1

Dated: June 18, 2026

/s/ *Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

June 18, 2026

/s/ *Andrew Roman Perrong*
Andrew Roman Perrong, Esq.

2