EXHIBIT A – CITED DICTIONARY DEFINITIONS

"telephone," *Oxford Encyclopedic English Dictionary* (1991):

**telephone** /ˈtelɪˌfəʊn/ *n. & v.* —*n.* **1** an apparatus for transmitting sound (esp. speech) to a distance by wire or cord or radio, esp. by converting acoustic vibrations to electrical signals. (See below.) **2** a transmitting and receiving instrument used in this. **3** a system of communication using a network of telephones. —*v.* **1** *tr.* speak to (a person) by telephone. **2** *tr.* send (a message) by telephone. **3** *intr.* make a telephone call. □ **on the telephone 1** having a telephone. **2** by use of or using the telephone. **over the telephone** by use of or using the telephone. **telephone book** = *telephone directory*. **telephone booth** (or **kiosk**) a public booth or enclosure from which telephone calls can be made. **telephone box** *Brit.* = *telephone booth*. **telephone call** = CALL *n.* 4. **telephone directory** a book listing telephone subscribers and numbers in a particular area. **telephone exchange** = EXCHANGE *n.* 3. **telephone number** a number assigned to a particular telephone and used in making connections to it. **telephone operator** esp. *US* an operator in a

"telephone," *Random House Webster's College Dictionary* (1991):

**tel·e·phone** (telˈə fōnˈ), *n., v.,* **-phoned, -phon·ing.** —*n.* **1.** Also called **phone.** an apparatus, system, or process for transmission of sound or speech to a distant point, esp. by an electric device. —*v.t.* **2.** to speak to (a person) by telephone; phone. **3.** to send (a message) by telephone; phone. —*v.i.* **4.** to send a message or speak by telephone; phone. [1825–35] —**telˈe·phonˈer,** *n.*

"telephone," *Webster's Ninth New Collegiate Dictionary* (1990):

¹**tele·phone** \ˈtel-ə-ˌfōn\ *n, often attrib* (1849) : an instrument for reproducing sounds at a distance; *specif* : one in which sound is converted into electrical impulses for transmission by wire
²**telephone** *vb* **-phoned; -phon·ing** *vi* (1879) : to communicate by telephone ~ *vt* **1** : to send by telephone **2** : to speak to by telephone — **tele·phon·er** *n*

"call," *Oxford Encyclopedic English Dictionary* (1991):

Northwest Mounted Police. The Calgary Stampede, inaugurated in 1912, is an annual rodeo.

**Cali** /ˈkɑːlɪ/ an industrial city and transportation centre in western Colombia, capital of the Valle del Cauca department; pop. (1985) 1,350,550.

**calibrate** /ˈkælɪˌbreɪt/ *v.tr.* **1** mark (a gauge) with a standard scale of readings. **2** correlate the readings of (an instrument) with a standard. **3** determine the calibre of (a gun). **4** determine the correct capacity or value of. □□ **calibration** /-ˈbreɪʃ(ə)n/ *n.* **calibrator** *n.* [CALIBRE + -ATE³]

**calibre** /ˈkælɪbə(r)/ *n.* (*US* **caliber**) **1 a** the internal diameter of a gun or tube. **b** the diameter of a bullet or shell. **2** strength or quality of character; ability, importance (*we need someone of your calibre*). □□ **calibred** *adj.* (also in *comb.*). [F *calibre* or It. *calibro*, f. Arab. *ḳālib* mould]

**caliche** /kəˈliːtʃɪ/ *n.* **1** a mineral deposit of gravel, sand, and nitrates, esp. Chile saltpetre, found in dry areas of America. **2** = CALCRETE. [Amer. Sp.]

**calico** /ˈkælɪˌkəʊ/ *n.* & *adj.* —*n.* (*pl.* **-oes** or *US* **-os**) **1** a cotton cloth, esp. plain white or unbleached. **2** *US* a printed cotton fabric. —*adj.* **1** made of calico. **2** *US* multicoloured, piebald. [earlier *calicut* f. *Calicut* in India]

**Calicut** /ˈkælɪˌkʌt/ a seaport in Kerala in SW India, on the Malabar coast; pop. (1981) 546,000.

**Calif.** *abbr.* California.

**California** /ˌkælɪˈfɔːnɪə/ a State on the Pacific coast of the US, ceded by Mexico in 1848; pop. (est. 1985) 23,667,950. The discovery of gold there in the same year led to a rapid influx of settlers. California became the 31st State of the US in 1850; capital, Sacramento. □ **Lower California** see BAJA CALIFORNIA. □□ **Californian** *adj.* & *n.*

**californium** /ˌkælɪˈfɔːnɪəm/ *n. Chem.* an artificially made transuranic radioactive metallic element, first obtained in 1950 by bombarding curium with helium ions. It is now used in industry and medicine as a source of neutrons. ¶ Symb.: **Cf**; atomic number 98. [CALIFORNIA (where it was first made) + -IUM]

**Caligula** /kəˈlɪɡjʊlə/ the nickname (lit. 'baby boot') of the Roman emperor Gaius, given to him as an infant by the soldiers on account of the military boots which he wore while in camp on the Rhine with his parents Germanicus and Agrippina. (See GAIUS.)

**caliper** var. of CALLIPER.

**caliph** /ˈkeɪlɪf, ˈkæl-/ *n.* esp. *hist.* the chief Muslim civil and religious ruler, regarded as the successor of Muhammad. (See below.) □□ **caliphate** *n.* [ME f. OF *caliphe* f. Arab. *ḵalīfa* successor]
The first caliph (Abu Bakr), who had been one of the Prophet Muhammad's earliest converts and most devoted disciples, was instituted by acclamation of the small Muslim community following the death of Muhammad in AD 632. He and the following three caliphs had had personal links with the Prophet and were dedicated to developing the community along the path he had marked out, being responsible for implementation of the precepts of Islamic rule and legislation; this also entailed military leadership as the community expanded across and beyond the Arabian Sea. Subsequently the caliphate became a hereditary position with the establishment of the Ummayyad and Abbasid dynasties (respectively 661–750 and 750–945), with the latter ruling in Baghdad until 1258 and then in Egypt until the Ottoman conquest (1517), though by the 11th c. most of the caliph's authority had been passed to a hierarchy of officials. The title was then held by the Ottoman sultans until the nationalist revolution of 1922, and the caliphate was abolished by Atatürk in 1924.

**calisthenics** var. of CALLISTHENICS.

**calk** *US* var. of CAULK.

**call** /kɔːl/ *v.* & *n.* —*v.* **1** *intr.* **a** (often foll. by *out*) cry, shout; speak loudly. **b** (of a bird or animal) emit its characteristic note or cry. **2** *tr.* communicate or converse with by telephone or radio. **3** *tr.* **a** bring to one's presence by calling; summon (*will you call the children?*). **b** arrange for (a person or thing) to come or be present (*called a taxi*). **4** *intr.* (often foll. by *at, in, on*) pay a brief visit (*called at the house; called in to see you; come and call on me*). **5** *tr.* **a** order to take place; fix a time for (*called a meeting*). **b** direct to happen; announce (*call a halt*). **6 a** *intr.* require one's attention or consideration (*duty calls*). **b** *tr.* urge, invite, nominate (*call to the bar*). **7** *tr.* name; describe as (*call her Della*). **8** *tr.* consider; regard or estimate as (*I call that silly*). **9** *tr.* rouse from sleep (*call me at 8*). **10** *intr.* guess the outcome of tossing a coin etc. **11** *intr.* (foll. by *for*) order, require, demand (*called for silence*). **12** *tr.* (foll. by *over*) read out (a list of names to determine those present). **13** *intr.* (foll. by *on, upon*) invoke; appeal to; request or require (*called on us to be quiet*). **14** *tr.* *Cricket* (of an umpire) disallow a ball from (a bowler). **15** *tr.* *Cards* specify (a suit or contract) in bidding. **16** *tr. Sc.* drive (an animal, vehicle, etc.). —*n.* **1** a shout or cry; an act of calling. **2 a** the characteristic cry of a bird or animal. **b** an imitation of this. **c** an instrument for imitating it. **3** a brief visit (*paid them a call*). **4 a** an act of telephoning. **b** a telephone conversation. **5 a** an invitation or summons to appear or be present. **b** an appeal or invitation (from a specific source or discerned by a person's conscience etc.) to follow a certain profession, set of principles, etc. **6** (foll. by *for*, or *to* + infin.) a duty, need, or occasion (*no call to be rude; no call for violence*). **7** (foll. by *for, on*) a demand (*not much call for it these days; a call on one's time*). **8** a signal on a bugle etc.; a signalling-whistle. **9** *Stock Exch.* an option of buying stock at a fixed price at a given date. **10** *Cards* **a** a player's right or turn to make a bid. **b** a bid made. □ **at call** = *on call*. **call away** divert, distract. **call-box** a public telephone box or kiosk. **call-boy** a theatre attendant who summons actors when needed on stage. **call down 1** invoke. **2** reprimand. **call forth** elicit. **call-girl** a prostitute who accepts appointments by telephone. **call in** *tr.* **1** withdraw from circulation. **2** seek the advice or services of. **calling-card** *US* = *visiting-card*. **call in** (or **into**) **question** dispute; doubt the validity of. **call into play** give scope for; make use of. **call a person names** abuse a person verbally. **call off 1** cancel (an arrangement etc.). **2** order (an attacker or pursuer) to desist. **call of nature** a need to urinate or defecate. **call out 1** summon (troops etc.) to action. **2** order (workers) to strike. **call-over 1** a roll-call. **2** reading aloud of a list of betting prices. **call the shots** (or **tune**) be in control; take the initiative. **call-sign** (or **-signal**) a broadcast signal identifying the radio transmitter used. **call to account** see ACCOUNT. **call to mind** recollect; cause one to remember. **call to order 1** request to be orderly. **2** declare (a meeting) open. **call up 1** reach by telephone. **2** imagine, recollect. **3** summon, esp. to serve in the army. **call-up** *n.* the act or process of calling up (sense 3). **on call 1** (of a doctor etc.) available if required but not formally on duty. **2** (of money lent) repayable on demand. **within call** near enough to be summoned by calling. [OE *ceallian* f. ON *kalla*]

**calla** /ˈkælə/ *n.* **1** (in full **calla lily**) = *arum lily*. **2** an aquatic plant, *Calla palustris*. [mod.L]

**Callaghan** /ˈkæləhən/, (Leonard) James (1912– ), British Labour politician, who became Prime Minister (1976–9) on Harold Wilson's resignation. The government did not command a majority in the House of Commons and therefore entered into an agreement with the Liberal Party (the Lib-Lab Pact) in 1977–8. Its position was weakened by widespread strikes in the so-called 'winter of discontent' (1978–9) called in protest at attempts to restrain increases in wages, and in 1979 the Conservatives, under Margaret Thatcher, won the election with a large majority.

**Callao** /kəˈljɑːəʊ/ the principal seaport of Peru; pop. (est. 1988) 318,300.

**Callas** /ˈkæləs/, Maria (real name Calageropoulos, 1923–77), operatic coloratura soprano, born in America of Greek parents. Her highly individual voice and great dramatic talent were responsible for the revival of works by Rossini, Bellini, and Donizetti, and her range included Wagnerian roles as well as the Italian repertory.

**caller** /ˈkɔːlə(r)/ *n.* **1** a person who calls, esp. one who pays a visit or makes a telephone call. **2** *Austral.* a racing commentator.

**calligraphy** /kəˈlɪɡrəfɪ/ *n.* **1** handwriting, esp. when fine or pleasing. **2** the art of handwriting. □□ **calligrapher** *n.* **calligraphic** /-ˈɡræfɪk/ *adj.* **calligraphist** *n.* [Gk *kalligraphia* f. *kallos* beauty]

w we   z zoo   ʃ she   ʒ decision   θ thin   ð this   ŋ ring   x loch   tʃ chip   dʒ jar   (*see over for vowels*)

"call," *Random House Webster's College Dictionary* (1991):

**call** (kôl), *v.*, **called, call·ing,** *n.* —*v.t.* **1.** to cry out in a loud voice: *to call someone's name.* **2.** to summon or invite to come: *to call a witness; to call the family to dinner.* **3.** to communicate or try to communicate with by telephone. **4.** to rouse from sleep, as by a call; waken. **5.** to read over (a roll or a list) in a loud voice. **6.** to convoke; convene: *to call a meeting.* **7.** to announce authoritatively; proclaim: *to call a strike.* **8.** to schedule: *to call a rehearsal.* **9.** to summon by or as if by divine command: *felt called to the ministry.* **10.** to summon to an office, duty, etc.: *He was called to the army.* **11.** to cause to come; bring: *to call a forgotten episode to mind.* **12.** to bring under consideration or discussion: *The judge called the case.* **13.** to attract or lure (birds or animals) by imitating characteristic sounds. **14.** to direct or attract (attention). **15.** to name or address (someone) as. **16.** to designate as something specified: *She called me a liar.* **17.** to think of as something specified; consider: *I call that a mean remark.* **18.** to demand of (someone) fulfillment of a promise, evidence for a statement, etc.: *They called him on his story.* **19.** to criticize; censure: *She called them on their vulgar language.* **20.** to demand payment or fulfillment of (a loan). **21.** to forecast correctly. **22.** (of a sports official) **a.** to pronounce a judgment on (a shot, pitch, batter, etc.). **b.** to put an end to (a contest) because of inclement weather, poor field conditions, etc. **23.** (in pool) to name (the ball) one intends to drive into a particular pocket. **24. a.** to equal (a bet) or equal the bet made by (the preceding bettor) in a round of poker. **b.** to signal one's partner in bridge for a lead of (a certain card or suit). —*v.i.* **25.** to speak loudly, as to attract attention: *She called to the children.* **26.** to make a short visit. **27.** to telephone or try to telephone a person. **28. a.** to equal a bet in poker. **b.** to bid or pass in bridge. **29.** (of a bird or animal) to utter its characteristic cry. **30. call back, a.** to request or demand to return; recall. **b.** to return the telephone call of. **31. call down, a.** to request or pray for; invoke: *to call down the wrath of God.* **b.** to reprimand; scold. **32. call for, a.** to go or come to get; pick up; fetch. **b.** to request; summon. **c.** to require; demand; need. **33. call forth,** to summon into action; bring into existence. **34. call in, a.** to request payment for. **b.** to withdraw from circulation: *to call in gold certificates.* **c.** to appeal to for consultation; ask for help from. **35. call off, a.** to summon or take away: *Please call off your dog.* **b.** to cancel (something planned). **36. call on** or **upon, a.** to ask; appeal to. **b.** to visit for a short time. **37. call out, a.** to speak in a loud voice; shout. **b.** to summon into service or action: *Call out the militia!* **38. call up, a.** to bring forward or make available for consideration or action. **b.** to cause to remember; evoke. **c.** to make a telephone call to. **d.** to summon for action, esp. military service. —*n.* **39.** a cry or shout. **40.** the vocal sound of a bird or other animal. **41.** an instrument for imitating this sound and luring an animal. **42.** an act or instance of telephoning. **43.** a short visit. **44.** a summons or signal sounded by a bugle, bell, etc. **45.** a summons, invitation, or bidding. **46.** ROLL CALL. **47.** fascination or appeal: *the call of the sea.* **48.** a mystic experience of divine appointment to a vocation or service: *a call to the ministry.* **49.** an invitation to accept a job as pastor, professor, etc. **50.** a need or occasion: *no call for panic.* **51.** a demand or claim: *a call on one's time.* **52. a.** an equaling of the preceding bet in poker. **b.** a bid or pass in bridge. **53.** a judgment or decision by an umpire, referee, or other official of a contest. **54. a.** a notice of rehearsal for performance. **b.** CURTAIN CALL. **55.** a figure or direction in square dancing, announced to the dancers by the caller. **56.** an option to buy a fixed amount of stock at a specified price by a certain date: done in the belief that the price will rise. Compare PUT (def. 37). —*Idiom.* **57. call the shots** or **the tune,** to have the authority to make decisions. **58. on call, a.** payable or subject to return without notice. **b.** readily available for summoning upon short notice. **59. within call,** close enough to be spoken to or summoned. [1200–50; ME, prob. < ON *kalla* to call out, conflated with OE (West Saxon) *ceallian* to shout, c. MD *kallen* to talk, OHG *kallôn* to shout, akin to OE *-calla* herald]

"call," *Webster's Ninth New Collegiate Dictionary* (1990):

²calf *n, pl* calves \'kavz, 'kàvz\ [ME, fr. ON *kálfi*] (14c) : the fleshy hinder part of the leg below the knee

calf love *n* (1823) : PUPPY LOVE

calf's-foot jelly \,kavz-,fùt-, ,kafs-, ,kàvz-, ,kàfs-\ *n* (1775) : jelly made from gelatin obtained by boiling calves' feet

calf-skin \'kaf-,skin, 'kàf-\ *n* (15c) : leather made of the skin of a calf

Cal-gon \'kal-,gän\ *trademark* — used for a water softener

Cal-i-ban \'kal-ə-,ban\ *n* : a savage and deformed slave in Shakespeare's *The Tempest*

cal-i-ber *or* cal-i-bre \'kal-ə-bər, *Brit also* kə-'lē-\ *n* [MF *calibre*, fr. OIt *calibro*, fr. Ar *qālib* shoemaker's last] (1568) 1 a : the diameter of a bullet or other projectile b : the diameter of a bore of a gun usu. expressed in hundredths or thousandths of an inch and typically written as a decimal fraction ⟨.32 ~⟩ 2 : the diameter of a round body; *esp* : the internal diameter of a hollow cylinder 3 a : degree of mental capacity or moral quality b : degree of excellence or importance

cal-i-brate \'kal-ə-,brāt\ *vt* -brat-ed; -brat-ing (1864) 1 : to ascertain the caliber of (as a thermometer tube) 2 : to determine, rectify, or mark the graduations of (as a thermometer tube) 3 : to standardize (as a measuring instrument) by determining the deviation from a standard so as to ascertain the proper correction factors 4 : ADJUST, TUNE — cal-i-bra-tor \-,brāt-ər\ *n*

cal-i-bra-tion \,kal-ə-'brā-shən\ *n* (1871) 1 : the act or process of calibrating : the state of being calibrated 2 : a set of graduations to indicate values or positions — usu. used in pl. ⟨~s on a gauge⟩

ca-li-che \kə-'lē-chē\ *n* [AmerSp, fr. Sp, flake of lime, fr. *cal* lime, fr. L *calx* — more at CHALK] (1858) 1 : the nitrate-bearing gravel or rock of the sodium nitrate deposits of Chile and Peru 2 : a crust of calcium carbonate that forms on the stony soil of arid regions

cal-i-co \'kal-i-,kō\ *n, pl* -coes *or* -cos [*Calicut*, India] (1540) 1 a : cotton cloth imported from India b *Brit* : a plain white cotton fabric that is heavier than muslin c : any of various cheap cotton fabrics with figured patterns 2 : a blotched or spotted animal; *esp* : one that is predominantly white with red and black patches — calico *adj*

calico bass *n* (1884) : BLACK CRAPPIE

calico bush *n* (1814) : MOUNTAIN LAUREL

Cal-i-for-nia condor \,kal-ə-,fȯr-nyə-\ *n* [*California*, state of U.S.] (1833) : a large nearly extinct vulture (*Gymnogyps californianus*) that is related to the condor of So. America and is found in the mountains of southern California

California laurel *n* (1871) : a Pacific coast tree (*Umbellularia californica*) of the laurel family with evergreen foliage and small umbellate flowers

California poppy *n* (1845) : any of a genus (*Eschscholtzia*) of herbs of the poppy family; *esp* : one (*E. californica*) widely cultivated for its pale yellow to red flowers

Cal-i-for-nio \,kal-ə-'fȯr-nē-,ō\ *n, pl* -nios [Sp, fr. *California*] (1923) : one of the original Spanish colonists of California or their descendants

cal-i-for-ni-um \,kal-ə-'fȯr-nē-əm\ *n* [NL, fr. *California*, U.S.] (1950) : a radioactive element discovered by bombarding curium 242 with alpha particles — see ELEMENT table

ca-lig-i-nous \kə-'lij-ə-nəs\ *adj* [MF or L; MF *caligineux*, fr. L *caligino-sus*, fr. *caligin-, caligo* darkness; akin to Gk *kelainos* black — more at COLUMBINE] (1548) : MISTY, DARK

Ca-li-na-go \,kal-ə-'nä-(,)gō\ *n* (ca. 1972) : an Arawakan language of the Lesser Antilles and Central America

¹cal-i-per *or* cal-li-per \'kal-ə-pər\ *n* [alter. of *caliber*] (1588) 1 a : a measuring instrument with two legs or jaws that can be adjusted to determine thickness, diameter, and distance between surfaces — usu. used in pl. (a pair of ~s) b : an instrument for measuring diameters (as of logs or trees) consisting of a graduated beam and at right angles to it a fixed arm and a movable arm c : a device consisting of two plates lined with a frictional material that press against the sides of a rotating wheel or disc in certain brake systems 2 : thickness esp. of paper, paperboard, or a tree

²caliper *or* calliper *vt* -pered; -per-ing \-p(ə-)riŋ\ (1876) : to measure by or as if by calipers

ca-liph *or* ca-lif \'kā-ləf, 'kal-əf\ *n* [ME *caliphe*, fr. MF *calife*, fr. Ar *khalifah* successor] (14c) : a successor of Muhammad as temporal and spiritual head of Islam — used as a title — ca-liph-al \-əl\ *adj*

ca-liph-ate \-,āt, -ət\ *n* (1614) : the office or dominion of a caliph

cal-is-then-ic \,kal-əs-'then-ik\ *adj* (1842) : of or relating to calisthenics

cal-is-then-ics \-iks\ *n pl but sing or pl in constr* [Gk *kalos* beautiful + *sthenos* strength — more at CALLIGRAPHY] (1847) 1 : systematic rhythmic bodily exercises performed usu. without apparatus 2 *usu sing in constr* : the art or practice of calisthenics

ca-lix \'kā-liks, 'kal-iks\ *n, pl* ca-li-ces \'kā-lə-,sēz, 'kal-ə-\ [L *calic-, calix* — more at CHALICE] (1698) : CUP

¹calk \'kȯk\, calk-er \'kȯ-kər\ *var of* CAULK, CAULKER

²calk \'kȯk\ *n* [prob. alter. of *calkin*, fr. ME *kakun*, fr. MD or ONF; MD *calcoen* horse's hoof, fr. ONF *calcain* heel, fr. L *calcaneum*, fr. *calc-, calx* heel; akin to Gk *kōlon* limb, *skelos* leg] (1587) : a tapered piece projecting downward on the shoe of a horse to prevent slipping; *also* : a similar device worn on the sole of a shoe

³calk *vt* (1624) 1 : to furnish with a calk 2 : to wound with a calk

¹call \'kȯl\ *vb* [ME *callen*, fr. ON *kalla*; akin to OE *hildecalla* battle herald, OHG *kallōn* to talk loudly, OSlav *glasŭ* voice] *vi* (bef. 12c) 1 a : to speak in a loud distinct voice so as to be heard at a distance : SHOUT ⟨~ for help⟩ b : to make a request or demand ⟨~ for an investigation⟩ c *of an animal* : to utter a characteristic note or cry d : to get or try to get into communication by telephone — often used



California condor

with *up* e : to make a demand in card games (as for a particular card or for a show of hands) f : to give the calls for a square dance 2 : to make a brief visit ⟨~ed to pay his respects⟩ ⟨~ed on a friend⟩ ~ *vt* 1 a (1) : to utter in a loud distinct voice — often used with *out* ⟨~ out a number⟩ (2) : to announce or read loudly or authoritatively ⟨~ the roll⟩ ⟨~ off a row of figures⟩ b (1) : to command or request to come or be present ⟨~ed to testify⟩ (2) : to cause to come : BRING ⟨~s to mind an old saying⟩ c : to summon to a particular activity, employment, or office ⟨was ~ed to active duty⟩ d : to invite or command to meet : CONVOKE ⟨~ a meeting⟩ e : to rouse from sleep or summon to get up f (1) : to give the order for : bring into action ⟨~ a strike against the company⟩ (2) : to manage (as an offensive game) by giving the signals or orders (that catcher ~s a good game) g (1) : to make a demand in bridge for (a card or suit) (2) : to require (a player) to show the hand in poker by making an equal bet (3) : to challenge to make good on a statement (4) : to charge with or censure for an offense (deserves to be ~ed on that) h : to attract (as game) by imitating the characteristic cry i : to halt (as a baseball game) because of unsuitable conditions j : to rule on the status of (as a pitched ball or a player's action) ⟨~ balls and strikes⟩ ⟨~ a base runner safe⟩ k : to give the calls for (a square dance) — often used with *off* l (1) : to get or try to get in communication with by telephone (2) : to deliver (a message) by telephone (3) : to make a signal to in order to transmit a message ⟨~ the flagship⟩ m (1) : to demand payment of esp. by formal notice ⟨~ a loan⟩ (2) : to demand presentation of (as a bond or option) for redemption 2 a : to speak of or address by a specified name : give a name to ⟨~ her Kitty⟩ b (1) : to regard or characterize as of a certain kind : CONSIDER (can hardly be ~ed generous) (2) : to estimate or consider for purposes of an estimate or for convenience ⟨~ it an even dollar⟩ c (1) : to describe correctly in advance of or without knowledge of the event : PREDICT (2) : to name or specify in advance ⟨~ the toss of a coin⟩ 3 : to temporarily transfer control of computer processing to (as a subroutine) *syn* see SUMMON — call a spade a spade : to speak frankly — call for 1 : to call (as at one's house) to get ⟨I'll *call for* you after dinner⟩ 2 a : to require as necessary or appropriate ⟨the job *calls for* typing skills⟩ b : to make necessary 3 a : to give an order for : DIRECT (legislation *calling for* new schools) b : to provide for ⟨the design *calls for* three windows⟩ — call forth : ELICIT, EVOKE (these events *call forth* great emotions) — call in question *or* call into question : to cast doubt upon — call it a day : to stop for the remainder of the day or for the present whatever one has been doing — call it quits : to call it a day : QUIT — call names : to address or speak of a person or thing contemptuously or offensively — call on 1 : to call upon 2 : to elicit a response from (as a student) ⟨the teacher *called on* her first⟩ — call one's bluff : to challenge in order to expose an empty pretense or threat — call the shots : to be in charge or control : determine the policy or procedure — call the tune : to call the shots — call to account : to hold responsible : REPRIMAND — call upon 1 : REQUIRE, OBLIGE (may be *called upon* to do several jobs) 2 : to make a demand on : depend on (universities are *called upon* to produce trained men)

²call *n* (14c) 1 a : an act of calling with the voice : SHOUT b : an imitation of the cry of a bird or other animal made to attract it c : an instrument used for calling (a duck ~) d : the cry of an animal (as a bird) 2 a : a request or command to come or assemble b : a summons or signal on a drum, bugle, or pipe c : admission to the bar as a barrister d : an invitation to become the minister of a church or to accept a professional appointment e : a divine vocation or strong inner prompting to a particular course of action f : a summoning of actors to rehearsal ⟨the ~ is for 11 o'clock⟩ g : the attraction or appeal of a particular activity, condition, or place (the ~ of the wild) h : an order specifying the number of men to be inducted into the armed services during a specified period i : the selection of a play in football 3 a : DEMAND, CLAIM b : NEED, JUSTIFICATION c : a demand for payment of money d : an option to buy a specified amount of a security (as stock) or commodity (as wheat) at a fixed price or within a specified time — compare ²PUT 2 e : an instance of asking for something : REQUEST (many ~s for Christmas stories) 4 : ROLL CALL 5 : a short usu. formal visit 6 : the name or thing called (the ~ was heads) 7 : the act of calling in a card game 8 : the act of calling on the telephone 9 : a direction or a succession of directions for a square dance rhythmically called to the dancers 10 : a decision or ruling made by an official of a sports contest 11 : a temporary transfer of control of computer processing to a particular set of instructions (as a subroutine) — at call *or* on call 1 a : available for use : at the service of ⟨thousands of men *at his call*⟩ b : ready to respond to a summons or command ⟨a doctor *on call*⟩ 2 : subject to demand for payment or return without previous notice ⟨money lent *at call*⟩ — within call : within hearing or reach of a summons : subject to summons

call-able \'kȯ-lə-bəl\ *adj* (1826) : capable of being called; *specif* : subject to a demand for presentation for payment ⟨~ bond⟩

cal-la lily \'kal-ə-\ *n* [NL, genus name, modif. of Gk *kallaia* rooster's wattles] (1805) 1 : a house or greenhouse plant (*Zantedeschia aethiopica*) of the arum family with a white showy spathe and yellow spadix — called also calla 2 : a plant resembling the calla lily

cal-la-loo \,kal-ə-'lü, 'kal-ə-,\ *n* [AmerSp, fr. *calalú* tropical American plant] (1892) : a soup or stew made with greens, onions, and crabmeat

cal-lant \'kal-ənt, 'kál-\ *n* [D or ONF; D *kalant* customer, fellow, fr. ONF *calland* customer, fr. L *calent-, calens*, prp. of *calēre* to be warm — more at LEE] *chiefly Scot* (1597) : BOY, LAD

call-back \'kȯl-,bak\ *n* (1926) : a return call; *specif* : ²RECALL 5

call-board \-,bō(ə)rd, -,bȯ(ə)rd\ *n* (1886) : BULLETIN BOARD

call box *n* (1885) 1 *Brit* : a public telephone booth 2 : a telephone usu. located on the side of a road for reporting emergencies (as fires or automobile breakdowns)

call-boy \'kȯl-,bȯi\ *n* (1794) : BELLHOP, PAGE

\ə\ abut \ʹ\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ cot, cart
\aù\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job
\ŋ\ sing \ō\ go \ȯ\ law \ȯi\ boy \th\ thin \t̲h̲\ the \ü\ loot \ù\ foot
\y\ yet \zh\ vision \à, k̲, ⁿ, œ, œ̄, ue, ue̅, ʸ\ see Guide to Pronunciation