**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LEON WEINGRAD, individually and on behalf of all others similarly situated, | : | Case No.: 2:25-cv-06344 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| BUSINESS CAPITAL LLC | : | |
| | : | |
| Defendant. | : | |
| | : | |

**[PROPOSED ORDER GRANTING]**
**REQUEST FOR LEAVE TO SUPPLEMENT THE RECORD WITH THE CITED**
**DICTIONARY DEFINITIONS AND STRIKING *FREEWAY* MATERIALS**

**AND NOW**, this _____ day of _____, 2026, it is hereby

ORDERED that the Court takes notice of the photocopies of the dictionary definitions discussed

at oral argument (Exhibit A).

IT IS FURTHER ORDERED that Defendant's Exhibit C (ECF No. 25-3) and references

to the *Freeway* matter are hereby STRUCK from Defendant Business Capital LLC's Notice

(ECF No. 25) and will not be considered by the Court.


_____
Hon. Joel H. Slomsky, J.


1