**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LEON WEINGRAD, individually and on behalf of all others similarly situated, | : | Case No.: 2:25-cv-06344 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| BUSINESS CAPITAL LLC | : | |
| | : | |
| Defendant. | : | |
| | : | |

## NOTICE OF DISMISSAL

Plaintiff Leon Weingrad, by his undersigned counsel, hereby voluntarily dismisses this action, without prejudice, with each party to bear its own fees and costs, pursuant to Rule 4l(a)(1)(A)(i) of the FEDERAL RULES OF CIVIL PROCEDURE.

Dated: July 14, 2026

/s/ Andrew Roman Perrong
Andrew Roman Perrong, Esq.
Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

1

## <u>CERTIFICATE OF SERVICE</u>

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

July 14, 2026

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
